AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

United States

V.

Josue Rodriguez

**EXHIBIT AND WITNESS LIST**

Case Number:  04-1671-CBS

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>Levitt | DEFENDANT'S ATTORNEY<br>Markham, Rankin |
|---|---|---|
| TRIAL DATE (S)<br>2/26/2004 | COURT REPORTER<br>11:34 A | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   |   |   |   | Witnesses |
|   |   |   |   |   | Jeffrey E. Wood, Jr |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   | Exhibits |
| 1 |   | 2/26/04 | X | X | Affidavit of Mark Karangekis |
| 2 |   | 2/26/04 | X | X | Criminal Complaint |
| 3 |   | 2/26/04 | X | X | Chart dated Dec 5, 2003, showing a drug purchase and supporting documents |
| 4 |   | 2/26/04 | X | X | Video of Drug Purchase (excerpt) |
| 4a |   | 2/26/04 | X | X | Video of Entire tape of Drug Purchase |
| 5 |   | 2/26/04 | X | X | Summary of Transcription of 4a |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages