AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Jose Rodriguez
AKA Perro

**WARRANT FOR ARREST**

CASE NUMBER: 04-1671-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jose Rodriguez, AKA Perro___
                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute cocaine base and distribution of cocaine base

in violation of
Title ___21___ United States Code, Section(s) ___846 and 841(a)___

___Charles B. Swartwood___        ___US Magistrate Judge___
Name of Issuing Officer            Title of Issuing Officer

___[signature]___                 ___2-23-04  Boston, MA.___
Signature of Issuing Officer      Date and Location

Bail fixed at $ _____ by _____
                                          Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF DEFENDANT ON 2/25/04 | |

This form was electronically produced by Elite Federal Forms, Inc.