CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Rodriguez
FOR: Massachusetts
AT:

LOCATION NUMBER: Max/Bo

PERSON REPRESENTED (Show your full name): Joshe Rodriguez

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 04-1671 CBS
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor
21 USC 846
distribution of cocaine base

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now  ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment
How much did you earn per month? $
If married is your Spouse employed?  ☐ Yes  ☐ No  Not Married
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
RECEIVED: NO   SOURCES:
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT  $
VALUE       DESCRIPTION

**DEPENDENTS**
MARITAL STATUS: ✓ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:    Creditors    Total Debt    Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/24/03

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)  ▶ José Rodrigzy