UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL CASE NO. 04-10083-NG

UNITED STATES

v.

JOSUE RODRIGUEZ,
Defendant

**COUNSEL'S MOTION FOR LEAVE TO WITHDRAW**

Charles W. Rankin, counsel for the defendant Josue Rodriguez, moves the Court for leave to withdraw as his counsel, and for appointment of successor counsel to represent the defendant. In support of this motion, counsel states that the indictment in this case was returned on March 25, 2004, and was randomly assigned to District Judge Nancy Gertner. Because undersigned counsel used to work for Judge Gertner, and because counsel and Judge Gertner have a continuing friendship, Judge Gertner does not sit on cases in which counsel appears. Undersigned counsel was appointed to represent Josue Rodriguez at his initial appearance on February 24, 2004. Thus, the case is at an early stage, and a transition to new counsel can occur without unnecessary delay or expense. Counsel has consulted with the defendant who agrees to this motion.

                                          Respectfully submitted
                                          The defendant Josue Rodriguez
                                          By his attorney

                                          /s/ Charles W. Rankin
                                          Charles W. Rankin
                                          BBO No. 411780
                                          Rankin & Sultan
                                          One Commercial Wharf North
                                          Boston, MA  02110
                                          (617) 720-0011

April 1, 2004

## CERTIFICATE OF SERVICE

    I certify that I have served the foregoing upon counsel of record by mailing a copy to AUSA Peter Levitt, Moakley US Courthouse, Boston, MA  02210 and to Paul Markham, P.O. Box 101, Melrose, MA  02176 on April 1, 2004.

                                          /s/ Charles W. Rankin
                                          Charles W. Rankin