UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.                                             )<br>)<br>EDWIN RODRIGUEZ,                       )<br>a/k/a "King Cholo"                    )<br>JOSUE RODRIGUEZ, a/k/a "Perro"         )<br>      Defendants,                     )<br> | CRIMINAL ACTION<br>NO. 04-10083-NG |

# FINAL STATUS REPORT
### July 30, 2004

**SWARTWOOD, M.J.**

The following is a Final Status Report to Gertner, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Substantive Motions</u>

None contemplated.

3. <u>Trial</u>

Counsel for the parties have requested that I return this case to Judge Gertner for trial. Counsel estimate that a trial will take three to four days.

4. <u>Defenses</u>

Neither Defendant intends to pursue an alibi, public authority

or insanity defense.

5.  <u>Interpreter</u>

Interpreter needed for both Defendants.

6.  <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through July 27, 2004. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, October 5, 2004</u>.


/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE