UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10083-NG |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1. EDWIN RODRIGUEZ | ) | 21 U.S.C. § 846-- |
|    AKA "KING CHOLO" | ) | Conspiracy To Distribute |
| | ) | Cocaine Base |
| 2. JOSUE RODRIGUEZ | ) | |
|    AKA "PERRO" | ) | 21 U.S.C. § 841(a)-- |
| | ) | Distribution Of Cocaine |
| | ) | Base |
| | ) | |
| | ) | 18 U.S.C. § 2-- |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853-- |
| | ) | Criminal Forfeiture |
| | ) | Allegation |

## SUPERSEDING INDICTMENT

COUNT ONE:   (21 U.S.C. § 846--Conspiracy to Distribute Cocaine Base)

The Grand Jury charges that:

In or about December 2003, at Lawrence and elsewhere in the District of Massachusetts,

    1. **EDWIN RODRIGUEZ, AKA "KING CHOLO", and**
    2. **JOSUE RODRIGUEZ, AKA "PERRO"**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with persons unknown to the Grand Jury, to possess with intent to distribute, and to distribute, cocaine base, also known as "crack cocaine," in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:     (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine
                     Base; 18 U.S.C. §2--Aiding and Abetting))

The Grand Jury further charges that:

On or about December 5, 2003, at Lawrence, in the District of Massachusetts,

    1. **EDWIN RODRIGUEZ, AKA "KING CHOLO", and**
    2. **JOSUE RODRIGUEZ, AKA "PERRO"**

defendants herein, did knowingly and intentionally possess with intent to distribute and did distribute cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1. The defendant EDWIN RODRIGUEZ is accountable for at least 5 grams, but less than 20 grams, of cocaine base. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

2. The defendant JOSUE RODRIGUEZ is accountable for at least 5 grams, but less than 20 grams, of cocaine base. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

3. At the time he committed the offenses charged in this Superseding Indictment, defendant EDWIN RODRIGUEZ was at least eighteen years old and had two or more prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. §§ 4B1.1 & 4B1.2 apply to defendant EDWIN RODRIGUEZ.

## **FORFEITURE ALLEGATION**
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 and 2 of this Indictment,

> 1. **EDWIN RODRIGUEZ, AKA "KING CHOLO", and**
> 2. **JOSUE RODRIGUEZ, AKA "PERRO"**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

*/s/ Patricia Calista*
FOREPERSON OF THE GRAND JURY


*/s/*
JOHN A. WORTMANN, JR.
PETER K. LEVITT
ASSISTANT U.S. ATTORNEYS


DISTRICT OF MASSACHUSETTS; September _16_, 2004.

Returned into the District Court by the Grand Jurors and filed.

*/s/ A B Roland*
DEPUTY CLERK

11:45A

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Lawrence  **Category No.** II  **Investigating Agency** FBI

**City** Lawrence  **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X  **Case No.** 04-01671-NG
Same Defendant  X   New Defendant _____
Magistrate Judge Case Number  04-1671-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSUE RODRIGUEZ   Juvenile: ☐ Yes  X No

Alias Name  PERRO

Address  16 SPRINGFIELD STREET, 1ST FL, LAWRENCE, MA

Birthdate: 1982  SS # 000 00 6985  Sex: MALE  Race: Hispanic  Nationalit US

**Defense Counsel if known:**  Charles Rankin  Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA  Peter K. Levitt ; John A. Wortmann, Jr.  Bar Number if applicable  565761 AND 534860

Interpreter:  ☐ Yes  X No  List language and/or dialect: _____

**Matter to be SEALED:**  Yes  x No

Warrant Requested  ☐ Regular Process  x In Custody

**Location Status:**

Arrest Date 2/24/04

X Already in Federal Custody as of 2/04 _____ in _____
☐ Already in State Custody at ──────── ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  X Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  9/16/04  Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE RODRIGUEZ   AKA PERRO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE BASE | 1 |
| Set 2   21 USC 841(a) | DISTRIBUTION OF COCAINE BASE | 2 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js-45-jose Rodriguez.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** FBI

**City** Lawrence    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X          Case No.  04-01671-NG
Same Defendant   X             New Defendant _____
Magistrate Judge Case Number    04-1671-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    EDWIN RODRIGUEZ           Juvenile:   ☐ Yes   X No

Alias Name    KING CHOLO

Address    16 SPRINGFIELD STREET, 1ST FL, LAWRENCE, MA

Birthdate: 1979    SS # 000 00 4207    Sex: MALE   Race: Hispanic    Nationalit US

**Defense Counsel if known:**    Paul Markham    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA    Peter K. Levitt ; John A. Wortmann, Jr.    Bar Number if applicable    565761 AND 534860

Interpreter:   ☐ Yes   X No    List language and/or dialect: _____

**Matter to be SEALED:**    Yes   X No

    Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date 2/24/04

  x  Already in Federal Custody as of 2/04 _____ in _____
  ☐ Already in State Custody at ————    ☐ Serving Sentence    ☐ Awaiting Trial
  ☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  9/16/04    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   EDWIN RODRIGUEZ   AKA CHOLO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE BASE | 1 |
| Set 2  21 USC 841(a) | DISTRIBUTION OF COCAINE BASE | 2 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

js-45-edwinR.wpd - 2/7/02