UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS 2004 OCT 28  A 11: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO. 2004-010083-002 |
| | ) | |
| JOSUE RODRIGUEZ | ) | |
| | ) | |

## MOTION TO APPROVE INTERIM BILL

Now comes Eugene Patrick McCann, assigned counsel for Josue Rodriguez, and pursuant to 18 U.S.C. §3006A(d)(3), respectfully moves this Honorable Court to approve his interim bill for services rendered in this case from April 1, 2004 through October 19, 2004 in the amount of $3,631.50.

As grounds for this Motion, Attorney McCann states as follows:

1.      On April 1, 2004 Attorney McCann was assigned to represent Mr. Rodriguez in this case.

2.      Between April 1, 2004 and October 19, 2004, Attorney McCann has spent 34.85 hours on this case, and his interim bill for services rendered is $3,631.50.

3.      Mr. McCann will expend additional time reviewing and preparing for trial in Mr. Rodriguez's case.

4.      This Court has deemed Mr. Rodriguez to be entitled to assigned counsel.

WHEREFORE, Eugene Patrick McCann respectfully moves this Honorable Court to:

(a)    approve of his interim bill for services rendered in the amount of $3,631.50, without

prejudice.

Respectfully submitted for,
Josue Rodriguez,
By his Attorney,

Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel.  (978) 686-5664

DATED:  October 19, 2004

Eugene Patrick McCann
Manzi & McCann
59 Jackson Street
Lawrence, MA  01840

Invoice submitted to:

Josue Rodriguez
CJA Appt

October 19, 2004

Invoice #12535

Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/13/2004 EPM | Meeting with client<br>Discusison clerk's office/counsel/AUSA office/AUSA<br>Further discussion | 3.60<br>90.00/hr | 324.00 |
| 4/17/2004 EPM | Review of materials | 2.50<br>90.00/hr | 225.00 |
| 5/20/2004 EPM | Review of materials | 1.20<br>90.00/hr | 108.00 |
| 5/24/2004 EPM | Material review | 1.50<br>90.00/hr | 135.00 |
| 5/26/2004 EPM | Continue material review | 2.50<br>90.00/hr | 225.00 |
| 5/27/2004 EPM | Status conference<br>Discussion AUSA<br>Continue review` | 2.50<br>90.00/hr | 225.00 |

Josue Rodriguez                                                                    Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/11/2004 | EPM | Review preliminary materials | 2.30 90.00/hr | 207.00 |
| 7/12/2004 | EPM | Conversation client Review re: Blakely AUSA PL/Plea/sentence issues | 1.50 90.00/hr | 135.00 |
| 7/13/2004 | EPM | Continue review | 1.00 90.00/hr | 90.00 |
| 7/21/2004 | EPM | Additonal conversation with client re: change of plea | 1.50 90.00/hr | 135.00 |
| 7/26/2004 | EPM | Review materials statement to AUSA re: change of plea Preparation 7/29 | 2.25 90.00/hr | 202.50 |
| 7/28/2004 | EPM | Conversation AUSA/client Legal research  851 information | 3.25 90.00/hr | 292.50 |
| 8/3/2004 | EPM | Conversation with client/AUSA Review records | 2.75 90.00/hr | 247.50 |
| 8/26/2004 | EPM | Review additional materials Information, AUSA office | 1.00 90.00/hr | 90.00 |
| 8/31/2004 | EPM | Continue material review Discussion AUSA Conversation with client | 2.50 90.00/hr | 225.00 |
| 9/8/2004 | EPM | Status Conference | 3.00 90.00/hr | 270.00 |
| 9/13/2004 | EPM | Conversation with client/AUSA | 1.00 90.00/hr | 90.00 |
| 9/17/2004 | EPM | Conversation with client re: new indictment, notice Discussion AUSA | 2.50 90.00/hr | 225.00 |
| 9/23/2004 | EPM | At Federal Court Meeting with client Superceeding indictment/re-arraignment/change of plea/Set date | 2.00 90.00/hr | 180.00 |

| | | | |
|---|---|---|---|
| For professional services rendered | | 40.35 | $3,631.50 |
| Balance due | | | $3,631.50 |