```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  ) Cr. No. 04-10083-NG
                            )
JOSUE RODRIGUEZ             )
   AKA "PERRO"              )
```

<u>MOTION TO DISMISS ORIGINAL INDICTMENT
BECAUSE A SUPERSEDING INDICTMENT HAS BEEN RETURNED</u>

The United States, by its undersigned counsel, hereby file, at the request of the Court, this motion to dismiss the original indictment in this case because it has been superseded by a superseding indictment (returned on September 16, 2004). Defendant Josue Rodriguez pled guilty to the superseding indictment and was sentenced on February 14, 2005.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN

                                          United States Attorney,

           By:     <u>S/ PETER K. LEVITT</u>
                    PETER K. LEVITT
                    Assistant U.S. Attorney
                    One Courthouse Way
                    Boston, MA
                    (617) 748-3355

FEBRUARY 17, 2005