UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

----------------------------------X
JOSUE RODRIGUEZ,
      Petitioner,

vs.,

UNITED STATES OF AMERICA,
      Respondent.
----------------------------------X

Docket No.: 1:04-CR-10083-NG-02

Hon. Judge Gertner

## MOTION FOR TWO-POINT REDUCTION UNDER 18 U.S.C. §3582(c)(2)

    COMES NOW the Petitioner, pro-se, to move ths Court to modify his term of imprisonment purusnat to the new sentencing guidelines allowing a two-point reduction for certain crack cocaine offenses, to be granted at the discretion of the Sentencing Court.

    The Petitioner feels he qualifies for the aforementioned relief and hereby respectfully petitions the Court to deduct two-points from his original point level, pursuant to **18 U.S.C. §3582(c)(2)**. He realizes that the granting of the relief requested in this motion is at the sole discretion of the Sentencing Court, and he prays the Court will show mercy and modify his sentence accordingly.

    The requested relief will result in the modification of the Petitioner's sentence downward by a substantial number of months, enabling him to reunite with his family, obtain gainful employment to resume supporting them, and otherwise newly embark upon the task of becoming a productive member of society that much sooner.

    Done this 24 day of February 2008 at FCI Fort Dix, N.J. 08640.

Respectfully submitted,

/S/ *Josue Rodriguez*
Josue Rodriguez
Fed. Reg. No. 25118-038
FCI Fort Dix
P.O. Box 2000
Fort Dix, New Jersey 08640

## CERTIFICATE OF SERVICE

I, Josue Rodriguez, do hereby certify that the original copy of Motion For Two-Point Reduction Under 18 U.S.C. §3582(c)(2) was sent to the Honorable Judge Gertner and the Clerk of Court upon the address of United States District Court, Federal Bldg., John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210 by U.S. First Class mail this 24 day of February 2008.

/S/ *Josue Rodriguez*
Josue Rodriguez