AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Josue Rodriguez ) | Case No: 04-10083-NG-02 |
| ) | USM No: 25118-038 |
| Date of Previous Judgment:  02/16/2005 ) | Eugene P. McCann |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____         Amended Offense Level: _____
Criminal History Category: _____      Criminal History Category: _____
Previous Guideline Range: ____ to ____ months   Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The Sentencing Commission lowered the advisory guideline range for offenses involving crack cocaine. The change, however, did not affect the mandatory minimum sentence imposed on the defendant. The mandatory minimum is required by the statute, 21 U.S.C. s. 841(b)(1)(B)(iii).  Because of the amount of cocaine base the defendant pled guilty to, the Court does not have the authority to sentence the dft to less than 60 months.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/26/2008                                    /s/ Nancy Gertner
                                                          Judge's signature

Effective Date: 02/28/2008                                Nancy Gertner U.S.D.J.
(if different from order date)                            Printed name and title